UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
    PABLO CIRUTA
    GRISEL MASEDA

Case No. 10-46510-AJC

   Debtor

_____/         Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Personal Property and Notice of Hearing was sent via certified mail on this 21ST day of January 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Wachovia Bank, N.A. / Wells Fargo
301 S Tryon St
Charlotte, NC 28282

Wachovia/ Wells Fargo Bank        Wells Fargo, N.A.
c/o John G. Stumpf, CEO            Corporation Service Company, R.A.
420 Montgomery Street             1201 Hays Street
San Francisco, CA 94104           Tallahassee, FL 32301

Submitted By:

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161