UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **10-46510-AJC**

☒ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Pablo Ciruta
Last Four Digits of SS# xxx-xx-8883

CO-DEBTOR: Grisel Maseda
Last Four Digits of SS# xxx-xx-6727

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 346.48    for months __1__ to __60__ ;
  B.  $_____ for months _____ to _____ ;
  C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 +$500.00 (Motion to Value) =$4,250.00
                  TOTAL PAID       $ 3,000.00
                  Balance Due      $ 1,250.00 payable $ 104.17 month (Months __1__ to __12__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a
Address _____

Arrearage on Petition Date $_____
Arrears Payment  $_____/month (Months____ to ___)
Arrears Payment  $_____/month (Months____ to ___)
Regular Payment  $_____/month (Months____ to ___)

2. _____

Arrears Payment  $_____
Arrears Payment  $_____/month (Months____ to ___)
Regular Payment  $_____/month (Months____ to ___)
Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Loan#(6806xxxxxxx) Prop Address: 1305 W 44th Place, #201, Hialeah, FL 33012 | Homestead Property $72,390.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____        Total Due $_____
                         Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 207.67 month (Months __1__ to __12__ ). Pay $311.84 mo (Mos 13 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtors are paying Wells Fargo (Loan#7014xxxxxxx), Santander Bank (Loan#xxxxx4594) and Suntrust Bank (Loan#xxxxx6317) directly outside the plan. The debtors surrender all interest in the merchandise purchased from Wells Fargo Financial, N.A., (Loan#xxxx4675).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____          X _____
Debtor                              Joint Debtor
Date: 04/26/11                      Date: 04/26/11