UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION
www.flsb.uscourts.gov

In re:  Pablo Ciruta and                           Case No: 10-46510-AJC
        Grisel Maseda                              Chapter 13
        _____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to object has been sent to all parties on the attached service list on April 18, 2016.

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
Robert Sanchez, Esq., FBN#0442161

```
Label Matrix for local noticing          NCEP, LLC by American InfoSource LP as agent   PRA Receivables Management, LLC
113C-1                                   PO Box 248872                                  PO Box 12907
Case 10-46510-AJC                        Oklahoma City, OK 73124-8872                   Norfolk, VA 23541-0907
Southern District of Florida
Miami
Mon Apr 18 16:43:33 EDT 2016

Wells Fargo Home Mortgage                eCAST Settlement Corporation                   America Express
3476 Stateview Blvd.                     POB 29262                                      POB 360002
Fort Mill, SC 29715-7203                 New York, NY 10087-9262                        Ft Lauderdale, FL 33336-0002


American Express Bank FSB                American Infosource Lp As Agent for Wfnnb      Ashley Funding Services LLC its successo
c/o Becket and Lee LLP                   As Assignee of                                 assigns as assignee of Syndicated Office
POB 3001                                 Victoria's Secret                              Systems, Inc
Malvern  PA 19355-0701                   PO Box 248872                                  Resurgent Capital Services
                                         Oklahoma City, OK  73124-8872                  PO Box 10587
                                                                                        Greenville, SC 29603-0587

Capital One, N.A.                        Central Financial Control                      Chase Bank USA, N.A.
PO Box 12907                             Palmetto General Hospital                      PO Box 15145
Norfolk, VA 23541-0907                   POB 830913                                     Wilmington, DE 19850-5145
                                         Birmingham, AL  35283-0913


Chase Card Member Service                Department Stores National Bank/Macys          El Dorado Furniture
POB 15153                                Bankruptcy Processing                          Wells Fargo Financial National Bank
Wilmington, DE 19886-5153                PO Box 8053                                    800 Walnut St. (Documentation Dept)
                                         Mason, OH 45040-8053                           Des Moines, IA 50309-3891


HSBC  Bank Nevada, N.A.                  HYCite Finance                                 JC Penney
By PRA Receivables Management, LLC       333 Hotzman Road                               POB 960090
PO Box 12907                             Madison, WI 53713-3954                         Orlando, FL 32896-0090
Norfolk VA 23541-0907


Macy's                                   NCEP, LLC                                      Office of the US Trustee
POB 689195                               by American InfoSource LP as agent             51 S.W. 1st Ave.
Des Moines, IA 50368-9195                PO Box 248872                                  Suite 1204
                                         Oklahoma City, OK  73124-8872                  Miami, FL 33130-1614


PRA Receivables Management, LLC          (p)PORTFOLIO RECOVERY ASSOCIATES LLC           Quantum3 Group LLC
POB 41067                                PO BOX 41067                                   PO Box 788
Norfolk, VA 23541-1067                   NORFOLK VA 23541-1067                          Kirkland, WA  98083-0788


Santander                                Santander Consumer USA Inc; Service for Sove  Sears Premier
POB 660633                               P.O. Box 560284                                POB 183081
POB 660633                               Dallas, TX 75356-0284                          Columbus, OH 43218-3081
Dallas, TX 75266-0633


Sears Solution Mastercard                Sears Solutions Mastercard                     Summer Bay Resort
HSBC Card Services                       HSBC Card Services                             25 Town Center Blvd. Suite C.
POB 5222                                 POB 5222                                       Clermont, FL  34714-4836
Carol Stream, IL 60197-5222              Carol Stream, IL 60197-5222
```

| | | |
|---|---|---|
| SunTrust Bank<br>P.O. Box 85160<br>Richmond, VA 23285-5160 | Suntrust Bank<br>Attn. Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Victoria's Secret<br>POB 659728<br>San ANtonio, TX 78265-9728 |
| WELLS FARGO BANK N.A.<br>ATTENTION BANKRUPTCY DEPARTMENT<br>/MAC: X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SOUTH CAROLINA 29715-7203 | Wells Fargo Bank N.A.<br>C/O Bankruptcy R4057-01P<br>PO Box 13765<br>Roanoke, VA  24037-3765 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 |
| Wells Fargo Home Mortgage<br>POB 14411<br>Des Moines, IA 50306-3411 | Grisel Maseda<br>1305 W 44 Place Apt. 201<br>Hialeah, FL 33012-3362 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 |
| Pablo Ciruta<br>1305 W 44 Place Apt. 201<br>Hialeah, FL 33012-3362 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     2<br>Total                  42 |